**SONIN & GENIS, ESQ**
ATTORNEYS AND COUNSELORS AT LAW
ONE FORDHAM PLAZA, SUITE 907
BRONX, NEW YORK 10458
P: (718) 561-4444
F: (718-561-2162

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2022
```

ROBERT J. GENIS*
SHERRI SONIN 1959-2017

**MEMBER N.Y.  N.J. & CT

Affiliated Office:

ROBERT J. GENIS, ESQ.
C/O PAUL BLEIFER
16 SKYLINE DRIVE
P.O. BOX 298
MONTVILLE, NJ 07045
Tel: (201) 944-8505

*Via ECF*
October 12, 2022

Honorable Mary Kay Vyskocil
United States of America District Court
Southern District, New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: Jones et al v. The City Of New York , et al**
Index# 1:21-cv-10082-MKV
S&G# 2449

Honorable Judge Vyskocil:

We represent the plaintiff in this matter. We are requesting an adjournment of the conference scheduled for October 19, 2022. This letter is being submitted with the knowledge and consent of defense counsel, who consents to this application.

Unfortunately, the assigned attorney has a family emergency and is unable to attend the conference and we have no other available attorney to do so.

We apologize for any inconvenience this may inadvertently cause.

Respectfully submitted,
*Carla Williams*
Carla Williams

**GRANTED. The conference scheduled for October 19, 2022 at 2:30 PM is hereby adjourned and rescheduled for November 2, 2022 at 10:30 AM. SO ORDERED.**

Date: 10/13/2022
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge