**SONIN & GENIS, ESQ**
ATTORNEYS AND COUNSELORS AT LAW
ONE FORDHAM PLAZA, SUITE 907
BRONX, NEW YORK 10458
P: (718) 561-4444
F: (718-561-2162

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2022

ROBERT J. GENIS*
SHERRI SONIN 1959-2017

**MEMBER N.Y.  N.J. & CT

Affiliated Office:

ROBERT J. GENIS, ESQ.
C/O PAUL BLEIFER
16 SKYLINE DRIVE
P.O. BOX 298
MONTVILLE, NJ 07045
Tel: (201) 944-8505

*Via ECF*

November 15, 2022

Honorable Mary Kay Vyskocil
United States of America District Court
Southern District, New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      **Re:  Jones et al v. The City Of New York , et al**
        Index# 1:21-cv-10082-MKV
        S&G# 2449

Honorable Judge Vyskocil:

We represent the plaintiff in this matter. We are requesting an adjournment of the conference scheduled for November 16, 2022. This letter is being submitted with the knowledge and consent of defense counsel, who consents to this application.

Unfortunately, the assigned attorney is sick and is unable to attend the conference and we have no other available attorney to do so.

We apologize for any inconvenience this may inadvertently cause. Thank you for your anticipated cooperation and attention to this matter.

**GRANTED.  The status conference scheduled for November 16, 2022 is hereby adjourned to January 25, 2023 at 3:30 PM.  By November 30, 2022, the Parties shall file a letter advising the Court of the status, but not substance, of settlement negotiations.  SO ORDERED.**

Date: 11/15/2022
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

Respectfully submitted,

*Carla Williams*
Carla Williams

cc:  Caroline McGuire, Esq.