```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANNON JONES, et al.,

                Plaintiffs,

-against-

CITY OF NEW YORK, et al.,

                Defendants.

1:21-cv-10082 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court scheduled a Status Conference with the parties in this matter for April 12, 2023 at 10:30 AM.[1] [ECF No. 31]. The Court directed the parties to submit, one week before the Status Conference, a Joint Letter, as required by this Court's Individual Rules of Practice. [ECF No. 25]. To date, the parties have not submitted a Joint Letter.

As such, the parties are HEREBY ORDERED to submit a Joint Letter regarding the status of this case on or before April 10, 2023.

**FAILURE TO COMPLY WITH THIS ORDER WILL RESULT IN SANCTIONS. THE COURT WILL NOT ADJOURN THIS CONFERENCE AGAIN BECAUSE OF THE PARTIES' FAILURE TO COMPLY WITH THE COURT'S ORDERS**.

**SO ORDERED.**

**Date: April 6, 2023**
**New York, NY**

                              _____
                              **MARY KAY VYSKOCIL**
                              **United States District Judge**

---

[1] The Status Conference was originally scheduled for November 16, 2022. [ECF No. 25]. After the Court's entry of the Case Management Plan and Scheduling Order, however, the parties twice requested to adjourn the Status Conference or extend the discovery deadline. [ECF Nos. 27, 30]. Accordingly, the Status Conference originally scheduled for November 16, 2022 was ultimately adjourned to April 12, 2023. [ECF No. 31].